443 A.2d 378

Commonwealth v. Brazzle, Appellant.

Petition for Allowance of Appeal Denied July 23, 1982.

 Submitted September 11, 1980. Timothy H. Knauer, for appellant; Alan Jarvis, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed on the comprehensive opinion of Judge Marrone.